An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALEXANDER CURREN,
          Appellant,

vs.

ABEGAIL AVILA; GEORGE W. BALKUS; JOSE AVILA; GINA AVILA; EDUARDO MAGSINO; AND JESUSA MAGSINO,
          Respondents.

No. 67344

**FILED**

JUN 01 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
     DEPUTY CLERK

## ORDER DISMISSING APPEAL

Our review of this appeal reveals a jurisdictional defect. Specifically, it appears that the district court order appellant seeks to appeal from does not resolve all claims against all parties. Consequently, it appears that the district court has not entered a final, appealable judgment. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (holding that "a final judgment is one that disposes of all the issues presented in the case, and leaves nothing for the future consideration of the court, except for post-judgment issues such as attorney's fees and costs"). Additionally, the district court did not certify its order as final under NRCP 54(b). Accordingly, as we lack jurisdiction over this appeal, we

    ORDER this appeal DISMISSED.

_____, J.
    Saitta

_____ J.
    Gibbons

_____, J.
    Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-16563

cc: Hon. Kimberly A. Wanker, District Judge
Alexander Curren
Abegail Avila
Eduardo Magsino
George W. Balkus
Gina Avila
Jesusa Magsino
Jose Avila
Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2